UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ADRIAN MAURICE CARTER
AKA: ADRIAN MAURICE CARTER, SR
BRITTANE NICHELLE CARTER
AKA: FKA BRITTANE NICHELLE
FERGUSON, AKA BRITTANE NICHEL
CARTER, AKA BRITANE NICHEL CARTER,
AKA BRITANE B
    Debtor(s)

    CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant    CASE NO: 1-15-01997-RNO

vs.

ADRIAN MAURICE CARTER
AKA: ADRIAN MAURICE CARTER, SR
BRITTANE NICHELLE CARTER
AKA: FKA BRITTANE NICHELLE
FERGUSON, AKA BRITTANE NICHEL
CARTER, AKA BRITANE NICHEL CARTER,
AKA BRITANE B
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on March 21, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

    Respectfully submitted,

    s/ Charles J. DeHart, III
    Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

| | |
|---|---|
| IN RE: ADRIAN MAURICE CARTER<br>AKA: ADRIAN MAURICE CARTER, SR<br>BRITTANE NICHELLE CARTER<br>AKA: FKA BRITTANE NICHELLE FERGUSON, AKA BRITTANE NICHEL CARTER, AKA BRITANE NICHEL CARTER, AKA BRITANE B<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br><br>CASE NO: 1-15-01997-RNO |

### NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**
April 26, 2017 at 9:00 am
Dismissal Conference Room (Courtroom 2)
Ronald Reagan Federal Bldg
3rd Floor, Third and Walnut Streets
Harrisburg, PA 17101

**HEARING:**
April 26, 2017 at 10:05 AM
Ronald Reagan Federal Bldg
Bankruptcy Courtroom
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before: **4/19/2017**.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1500.00**
**AMOUNT DUE FOR THIS MONTH: $500.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $2000.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any

other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
**CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 21, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ADRIAN MAURICE CARTER<br>AKA: ADRIAN MAURICE CARTER, SR<br>BRITTANE NICHELLE CARTER<br>AKA: FKA BRITTANE NICHELLE FERGUSON, AKA BRITTANE NICHEL CARTER, AKA BRITANE NICHEL CARTER, AKA BRITANE B | CHAPTER 13<br><br>CASE NO: 1-15-01997-RNO |
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | |
| Movant | |

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on March 21, 2017.

DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

ADRIAN MAURICE CARTER
BRITTANE NICHELLE CARTER
2316 ASPEN WAY
HARRISBURG, PA 17110

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 21, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ADRIAN MAURICE CARTER
AKA: ADRIAN MAURICE CARTER, SR
BRITTANE NICHELLE CARTER
AKA: FKA BRITTANE NICHELLE FERGUSON, AKA BRITTANE NICHEL CARTER, AKA BRITANE NICHEL CARTER, AKA BRITANE B

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 1-15-01997-RNO

vs.

ADRIAN MAURICE CARTER
AKA: ADRIAN MAURICE CARTER, SR
BRITTANE NICHELLE CARTER
AKA: FKA BRITTANE NICHELLE FERGUSON, AKA BRITTANE NICHEL CARTER, AKA BRITANE NICHEL CARTER, AKA BRITANE B

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.