In re:  
Adrian Maurice Carter  
Brittane Nichelle Carter  
    Debtors

Case No. 15-01997-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: DDunbar     Page 1 of 1     Date Rcvd: Jul 25, 2018  
                   Form ID: nthrgreq    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.  
db/jdb        #+Adrian Maurice Carter,    Brittane Nichelle Carter,    2316 Aspen Way,    Harrisburg, PA 17110-9692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
        Dorothy L Mott    on behalf of Debtor 2 Brittane Nichelle Carter DorieMott@aol.com,  
         KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com  
        Dorothy L Mott    on behalf of Debtor 1 Adrian Maurice Carter DorieMott@aol.com,  
         KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com  
        ECMC    djwilcoxson@ecmc.org  
        James Warmbrodt    on behalf of Creditor    Quicken Loans, Inc. bkgroup@kmllawgroup.com  
        Joshua I Goldman    on behalf of Creditor    Quicken Loans, Inc. bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Kara Katherine Gendron    on behalf of Debtor 2 Brittane Nichelle Carter karagendronecf@gmail.com,  
         doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com  
        Kara Katherine Gendron    on behalf of Debtor 1 Adrian Maurice Carter karagendronecf@gmail.com,  
         doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com  
        Thomas I Puleo    on behalf of Creditor    Quicken Loans, Inc. tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation  
         ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                         TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Adrian Maurice Carter
aka Adrian Maurice Carter Sr

**Debtor 1**

Brittane Nichelle Carter
aka Brittane Nichel Carter, aka Britane Carter, aka Britane Nichel Carter, fka Brittane Nichelle Ferguson, fka Brittane Ferguson

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:15−bk−01997−HWV

Document Number: 71

Matter: Motion to Modify Confirmed Plan

Adrian Maurice Carter
aka Adrian Maurice Carter Sr
and
Brittane Nichelle Carter
aka Brittane Nichel Carter, aka Britane Carter, aka Britane Nichel Carter, fka Brittane Nichelle Ferguson, fka Brittane Ferguson
**Movant(s)**

vs.

Charles J DeHart, III (Trustee)
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 10, 2015.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: August 7, 2018** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 24, 2018 |

nthrgreq(05/18)