LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Adrian Maurice Carter and
Brittane Nichelle Carter

CHAPTER 13

CASE NO. 1-15-bk-01997

**Debtor(s)**
Charles J. DeHart III
Standing Chapter 13 Trustee

ADVERSARY NO. __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Adrian Maurice Carter and
Brittane Nichelle Carter

Nature of Proceeding: Trustee

Objection to Motion to Modify Plan

**Defendant(s)/Respondent(s)**

Document #: 72

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Hearing was scheduled for a non-Chapter 13 Hearing date.
Debtors' attorney is on vacation.
Please continue to 8/22/18.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/6/18

/s/James K. Jones

Attorney for Trustee

Name: James K. Jones

Phone Number: 717-566-6097 x-123

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.