Certificate Number: 13858-PAM-DE-033990083

Bankruptcy Case Number: 15-01997



13858-PAM-DE-033990083

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2020, at 8:38 o'clock AM CST, Adrian Carter completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 23, 2020

By: /s/Sheila Anderson

Name: Sheila Anderson

Title: Counselor

Certificate Number: 13858-PAM-DE-033990084

Bankruptcy Case Number: 15-01997



13858-PAM-DE-033990084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2020, at 8:38 o'clock AM CST, Brittane Carter completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 23, 2020

By: /s/Sheila Anderson

Name: Sheila Anderson

Title: Counselor